1
2
3
4
5
6
7  UNITED STATES DISTRICT COURT
8  SOUTHERN DISTRICT OF CALIFORNIA
9  (Hon. M. James Lorenz)
10
11 UNITED STATES OF AMERICA,           )   Case No. 08-CR-1457-L
                                       )
12     Plaintiff,                      )   **ORDER GRANTING JOINT**
                                       )   **MOTION TO CONTINUE**
                                       )   **MOTION HEARING**
13 v.                                  )
                                       )
14 OSCAR MOISES RAMIREZ, et al.        )
                                       )
15     Defendants.                     )
                                       )
16

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Motion Hearings in the above-entitled matter shall be continued from June 9, 2008 at 2:00 p.m. to June 23, 2008 at 2:00 p.m..

**IT IS FURTHER ORDERED** that time is excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: June 6, 2008

_____
M. James Lorenz
United States District Court Judge